## IN RE MOTOROLA MOBILITY LLC.

### No. 2013–1133.

United States Court of Appeals,
Federal Circuit.

Sept. 16, 2013.

Scott A. McKeown, Oblon, Spivak, McClelland, Maier & Neustadt, L.L.P., of Alexandria, Virginia, argued for appellant.

Michael S. Forman, Associate Solicitor, Office of the Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia, argued for appellee. With him on the brief was Nathan K. Kelley, Deputy Solicitor.

MOORE, O'MALLEY, and TARANTO, Circuit Judges.*

### CORRECTED JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is.

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

* Judgment corrected to reflect correct panel members.